FILED

08 FEB -6 PH 12: 32

E-filing

1   G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
    KEVIN A. NORRIS (State Bar No. 206022)
2   **RUDLOFF WOOD & BARROWS LLP**
    2000 Powell Street, Suite 900
3   Emeryville, CA 94608
    Telephone:   (510) 740-1500
4   Facsimile:   (510) 740-1501
    E-mail:      erudloff@rwblaw.com
5                knorris@rwblaw.com

6   Attorneys for Defendant
    FEDERAL INSURANCE COMPANY

7

8                  **UNITED STATES DISTRICT COURT**                  **SI**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        CV  **08      0830**

11  ┌─────────────────────────┐
    │ CROWLEY MARITIME        │  )
12  │ CORPORATION,            │  )
    │                         │  )  Case No. _____
13  │          Plaintiff,     │  )
    │                         │  )  **CERTIFICATION OF**
14  │     v.                  │  )  **INTERESTED ENTITIES OR**
    │                         │  )  **PERSONS [Federal Rules of Civ.**
15  │ FEDERAL INSURANCE COMPANY; │ )  **Proc., Rule 7.1 and Local Rule 3-16]**
    │ TWIN CITY FIRE INSURANCE │  )
16  │ COMPANY; RLI INSURANCE  │  )  **(DIVERSITY)**
    │ COMPANY; and DOES 1-20, inclusive, │ )
17  │                         │  )  **[DEMAND FOR JURY TRIAL]**
    │          Defendants.    │  )
18  │                         │  )  Complaint Filed:  1/7/08
    └─────────────────────────┘  )  Trial Date:  None Set
19

20          TO PLAINTIFF CROWLEY MARITIME CORPORATION AND TO THE

21  CLERK OF THE ABOVE-ENTITLED COURT:

22          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

23  persons, associations of persons, firms, partnerships, corporations (including parent

24  corporation) or other entities (i) have financial interest in the subject matter in

25  controversy or in a party to the proceedings, or (ii) have a non-financial interest in that

26

                                                                    **NOTICE OF REMOVAL**

                                      1

1  subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding:

3      1.      Federal is a wholly owned subsidiary of The Chubb Corporation.  No other
4  publicly held corporation owns 10% or more of the stock of Federal.

5      2.      The Chubb Corporation is a holding company whose common stock is
6  listed and principally traded on the New York Stock Exchange under the trading symbol
7  "CB."  No publicly held entity owns 10% or more of its common stock.

8      Federal understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it
9  must promptly file a supplemental statement upon any change in the information that
10  this statement requires.

Respectfully submitted,

**RUDLOFF WOOD & BARROWS LLP**

By: _____

G. Edward Rudloff, Jr.
Kevin A. Norris

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

**NOTICE OF REMOVAL**

2

\\\DC - 057212/000716 - 2675785 v1