STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 95992)
mperlis@stroock.com
RICHARD R. JOHNSON (State Bar No. 198117)
rjohnson@stroock.com
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  TWIN CITY FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.  CV-08-0830 (SI)<br><br>**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S NOTICE OF JOINDER IN REMOVAL OF ACTION** |

LA 51021096v1

1
DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S NOTICE OF JOINDER IN
DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF REMOVAL
CASE NO. CV-08-0830