G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
KEVIN A. NORRIS (State Bar No. 206022)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail:    erudloff@rwblaw.com
           knorris@rwblaw.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>            Defendants.<br>_____/ | No. CV 08 0830 SI<br><br>**COURTESY COPY FOR CHAMBERS**<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS**<br><br>**(DIVERSITY)**<br><br>**[JURY TRIAL DEMANDED]**<br><br>Complaint Filed: 01/07/08<br>Trial Date:      None Set |

I, Elizabeth Cameron, certify and declare as follows:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Emeryville, California 94608, which is located in the county and state where the mailing described below took place. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing

of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On **February 7, 2008** I served copies of the following documents:

- Defendant Federal Insurance Company's Notice To Superior Court of Removal of Action;

- Notice To Adverse Party of Removal To Federal Court (with attachment of Notice of Removal Under 28 U.S.C. § 1446(a) (Diversity) [Jury Trial Demanded];

- Civil Cover Sheet;

- Notice of Removal Under 28 U.S.C. § 1446(a) (Diversity) [Jury Trial Demanded];

- Certification of Interested Entities or Persons [Federal Rules of Civ. Proc., Rule 7.1 and Local Rule 3-16];

- Order Setting Initial Case Management Conference and ADR Deadlines
    - Case Management Conference Order
    - Standing Order For All Judges of the Northern District of California
    - Contents of Joint Case Management Conference Statement
    - Judge Illston's Standing Order

- Notice of Availability of Magistrate Judge To Exercise Jurisdiction;

- Filing Guidelines Information Packet ("Welcome To The U.S. District Court, San Francisco");

- U.S. District Court Northern California – ECF Registration Information Handout;

- ADR Dispute Resolution Procedures in the Northern District of California Booklet.

///

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS

2

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Rudloff Wood & Barrows LLP, for collection and mailing in the United States mail addressed as follows:

*Attorneys for Plaintiff*
*Crowley Maritime Corporation*
Philip L. Pillsbury, Esq.
Pillsbury & Levinson, LLP
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel  415 433-8000
Fax 415 433-4816
Email  ppillsbury@pillsburylevinson.com

Jon E. Abramczyk, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

*Of Counsel*
David Newmann, Esq.
Joseph A. Bailey III
Hogan & Hartson L.L.P.
555 Thirteenth Street NW
Washington, D.C. 20004
Tel  202 637-5600
Fax 202 637-5910
Email  jabailey@hhlaw.com

*Attorneys for RLI Insurance Company*
Michael D. Prough, Esq.
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Tel  925 937-9990
Fax 925 937-3272
Email  MDP@Morison-Knox.com

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT AND RELATED PAPERS

Michael F. Perlis, Esq.
Richard R. Johnson, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Tel  310 556-5800
Fax 310 556-5959
Email  mperlis@stroock.com
          rjohnson@stroock.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 7, 2008** at Emeryville, California.

_____
Elizabeth Cameron

F:\Chubb\Federal Ins.017\Pleadings\Federal Pleadings\Cert Serv Not to Adv Party of Removal to Fed Ct.doc

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS

4