1  WILLIAM C. MORISON (State Bar No. 99981)
   mcm@morison-knox.com
2  MICHAEL D. PROUGH (State Bar No. 168741)
   mdp@morison-knox.com
3  KAREN G. LEVY (State Bar No. 213172)
   kgl@morison-knox.com
4  MORISON ANSA HOLDEN ASSUNCAO
      & PROUGH, LLP
5  500 Ygnacio Valley Rd., Suite 450
   Walnut Creek, CA 94596
6  Telephone: (925) 937-9990
   Facsimile: (925) 937-3272
7
   Attorneys for Defendant
8  RLI INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 08-0830 SI<br><br>**DEFENDANT RLI INSURANCE COMPANY'S NOTICE OF JOINDER IN REMOVAL OF ACTION** |

1  PLEASE TAKE NOTICE that Defendant RLI Insurance Company hereby consents
2  to and joins in Federal Insurance Company's Notice of Removal Pursuant to 28 U.S.C. §
3  1446(a).

4  Dated:  February 7, 2008                    Respectfully submitted,

6                                              By:   /s/ Michael D. Prough
                                                William C. Morison
7                                               Michael D. Prough
                                                Karen G. Levy
8                                               MORISON ANSA HOLDEN ASSUNCAO
                                                & PROUGH, LLP
9                                               500 Ygnacio Valley Rd.
                                                Walnut Creek, CA 94596
10                                              Telephone:  (925) 937-9990
                                                Facsimile:  (925) 937-3272
11
                                                Attorneys for Defendant
12                                              RLI Insurance Company

26  122189

- 1 -     Defendant RLI'S Notice of Joinder in Removal of Action
          Case No. CV 08-0830 SI

# CERTIFICATE OF SERVICE

I, the undersigned, an employee of Morison Ansa Holden Assuncao & Prough, LLP, located at 500 Ygnacio Valley Road, Suite 450, Walnut Creek, California 94596-8068, am over the age of 18 years and am not a party to this matter, action or proceeding.

On February 7, 2008, I served a copy of the following document(s):

> Defendant RLI Insurance Company's Notice of Joinder in Removal of Action

to the person(s) at the address(es) shown below:

| | | |
|---|---|---|
| Philip L. Pillsbury, Jr., Esq.<br>Richard D. Shively, Esq.<br>Pillsbury & Levinson, LLP<br>600 Montgomery Street,<br>31st Floor<br>San Francisco, CA 94111<br>Tel.: (415) 433-8000<br>Fax: (415) 433-4816<br><br>Attorneys for Crowley Maritime Corp. | Kevin Norris, Esq.<br>Rudloff Wood & Barrows LLP<br>2000 Powell Street, Ste. 900<br>Emeryville, CA 94608<br>Tel.: (510) 740-1500<br>Fax: (510) 740-1501<br><br>Attorneys for Federal Insurance Co. | Michael F. Perlis, Esq.<br>Stroock Stroock & Lavan<br>2029 Century Park E #1800<br>Los Angeles, CA 90067<br>Tel.: (310) 556-5821<br><br>Attorneys for Twin City Fire Insurance Company |

__XX__ **BY U.S. MAIL**: I placed the document(s), addressed to the person(s) to be served at the address(es) below, for collection and processing for mailing with the United States Postal Service in Walnut Creek, California.

_____ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier, with delivery fees paid or provided for, and addressed to the person(s) to be served at the address(es) below, and placed the envelope or package for collection and overnight delivery.

_____ **BY PERSONAL SERVICE**: I caused the above-referenced document(s) to be personally served by a legal support service provider. See separate Declaration of Messenger.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2008, at Walnut Creek, California.

_/s/ Carmen Lawson_
Carmen Lawson

122212