STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 95992)
mperlis@stroock.com
RICHARD R. JOHNSON (State Bar No. 198117)
rjohnson@stroock.com
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  TWIN CITY FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>            Plaintiffs,<br><br>   vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>            Defendants. | **Case No. CV-08-00830 SI**<br><br>[Hon. Susan Illston]<br><br>**NOTICE OF ERRATA RE:**<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>DATE:   March 14, 2008<br>TIME:   9:00 a.m.<br>PLACE: Courtroom 10, 19th Floor<br><br>[[Proposed] Order lodged concurrently] |

LA 51022997v1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the caption page of the Notice of Motion and Motion of Defendant Twin City Fire Insurance Company to Dismiss; Memorandum of Points and Authorities in Support Thereof, contains a typographical error reflecting an incorrect Case Number of **CV-09-00830**. **The correct Case Number is CV-08-00830**.

Dated: February 11, 2008

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS
RICHARD R. JOHNSON

By: /s/ Michael F. Perlis
Michael F. Perlis

Attorneys for Defendants
TWIN CITY FIRE INSURANCE COMPANY

LA 51022997v1

- 1 -

NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF - Case No. CV-08-00830 SI

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1600, Los Angeles, California 90067-3086.

On February 11, 2008, I served the foregoing document(s) described as: **NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**[PLEASE SEE SERVICE LIST ATTACHED]**

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelopes, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of member of the bar of this court under whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 11, 2008, at Los Angeles, California.

| Marilyn Courneya | /s/ Marilyn Courneya |
|---|---|
| [Type or Print Name] | [Signature] |

LA 51022997v1

- 1 -
NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF - Case No. CV-08-00830 SI

# SERVICE LIST

**Counsel for Plaintiff Crowley Maritime Corp.**

Philip L. Pillsbury, Jr., Esq.
Richard D. Shively, Esq.
Eric K. Larson, Esq.
**Pillsbury & Levinson, LLP**
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA  94111

Jon E. Abramczyk, Esq.
**Morris, Nichols, Arsht & Tunnell**
1201 North Market Street
Wilmington, DE  19899-1347

**Counsel for Co-defendant Federal Insurance Co.**

G. Edward Rudloff, Jr.
Kevin A. Norris
**Rudloff Wood & Barrows LLP**
Watergate Office Towers
2000 Powell Street, Suite 900
Emeryville, CA  94608

**Of Counsel**

David Newmann
Joseph A. Bailey III
**Hogan & Hartson L.L.P.**
555 Thirteenth Street, NW
Washington, DC  20004

**Counsel for Co-defendant RLI Insurance Co.**

Michael D. Prough, Esq.
**Morison-Knox Holden & Prough, LLP**
500 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-8068

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 2 -

LA 51022997v1
NOTICE OF ERRATA RE:  NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF - Case No. CV-08-00830 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 1 -

LA 51022997v1

**NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- Case No. CV-08-00830 SI