G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
KEVIN A. NORRIS (State Bar No. 206022)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail:       erudloff@rwblaw.com
              knorris@rwblaw.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

PHILIP L. PILLSBURY, JR. (State Bar No. 72261)
RICHARD D. SHIVELY (State Bar No. 104895)
ERIC K. LARSEN (State Bar No. 142791)
**PILLSBURY & LEVINSON, LLP**
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:  (415) 433-4816
E-mail:       ppillsbury@pillsburylevinson.com
              rshively@pillsburylevinson.com
              rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | No. CV 08 0830 SI |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [Local Rule 6-1]** |
| vs. | |
| FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive, | Complaint Filed: 01/07/08<br>Trial Date:      None Set |
| Defendants. | [Hon. Susan Illston] |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [Local Rule 6-1]**

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Defendant Federal Insurance Company ("Federal"), by and through its

3    attorneys of record, Rudloff Wood & Barrows LLP, and Plaintiff Crowley Maritime

4    Corporation ("Plaintiff"), by and through its attorneys of record, Pillsbury

5    & Levinson, LLP, hereby stipulate:

6        WHEREAS, Plaintiff filed its Complaint in San Francisco Superior Court on

7    January 7, 2008, Case Number CGC-08-470782; and

8        WHEREAS, Plaintiff served its Complaint on Federal on or about January 10,

9    2008; and

10       WHEREAS, Pursuant to 28 U.S.C. 1446(a), Federal removed this matter

11    to the United States District Court for the Northern District of California,

12    San Francisco Division on February 6, 2008; and

13       WHEREAS, the deadline for Federal to answer, move or otherwise respond to

14    Plaintiff's Complaint originally was February 13, 2008; and

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**
**[Local Rule 6-1]**

THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1.  The parties agree to extend the deadline for Federal to answer, move or otherwise respond to Plaintiff's Complaint to February 27, 2008.

DATED: February 11, 2008              RUDLOFF WOOD & BARROWS LLP

                                     By:_____
                                          G. Edward Rudloff, Jr.
                                          Kevin A. Norris

                                          Attorneys for Defendant
                                     FEDERAL INSURANCE COMPANY

DATED: February 11, 2008              PILLSBURY & LEVINSON, LLP

                                     By:_____
                                          Philip L. Pillsbury, Jr.
                                          Richard D. Shively

                                          Attorneys for Plaintiff
                                     CROWLEY MARITIME CORPORATION

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**
**[Local Rule 6-1]**

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500