```
STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 95992)
mperlis@stroock.com
RICHARD R. JOHNSON (State Bar No. 198117)
rjohnson@stroock.com
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  TWIN CITY FIRE INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV-08-0830 (SI)<br><br>**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Hon. Susan Illston)**<br><br>**Complaint filed:** 1/7/08<br>**Trial Date:**    None set |

TO PLAINTIFF CROWLEY MARITIME CORPORATION AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in

LA 51022467v2

1

**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS -Case No. CV-08-0830**

that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Twin City Fire Insurance Company, an Indiana corporation, is a wholly-owned subsidiary of Hartford Fire Insurance Company. No other publicly held corporation owns 10% or more of the stock of Twin City Fire Insurance Company.

    2.    Hartford Fire Insurance Company, a Connecticut corporation, is a wholly-owned subsidiary of the Hartford Financial Services Group, Inc. No other publicly held corporation owns 10% or more of the stock of Hartford Fire Insurance Company.

    3.    Hartford Financial Services Group, Inc., a Delaware Corporation, is a publicly traded corporation whose common stock is listed and principally traded on the New York Stock Exchange under the trading symbol "HIG." No publicly held entity owns 10% or more of its common stock.

Twin City Fire Insurance Company understands that, under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: February 6, 2008        Respectfully Submitted,

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS
RICHARD R. JOHNSON

By:  /s/ Michael F. Perlis
      Michael F. Perlis

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

2

LA 51022467v2

**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS -Case No. CV-08-0830**

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

  I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is:  2029 Century Park East, Suite 1600, Los Angeles, California  90067-3086.

  On February 6, 2008, I served the foregoing document(s) described as: **DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### [PLEASE SEE SERVICE LIST ATTACHED]

☒ **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelopes, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)**  By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

  I declare that I am employed in the office of member of the bar of this court under whose direction the service was made.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  Executed on February 6, 2008, at Los Angeles, California.

| Marilyn Courneya | /s/ Marilyn Courneya |
|---|---|
| [Type or Print Name] | [Signature] |

3

LA 51022467v2

**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS -Case No. CV-08-0830**

SERVICE LIST

**Counsel for Plaintiff Crowley Maritime Corp.**

Philip L. Pillsbury, Jr., Esq.
Richard D. Shively, Esq.
Eric K. Larson, Esq.
**Pillsbury & Levinson, LLP**
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA  94111

Jon E. Abramczyk, Esq.
**Morris, Nichols, Arsht & Tunnell**
1201 North Market Street
Wilmington, DE  19899-1347

**Counsel for Co-defendant Federal Insurance Co.**

G. Edward Rudloff, Jr.
Kevin A. Norris
**Rudloff Wood & Barrows LLP**
Watergate Office Towers
2000 Powell Street, Suite 900
Emeryville, CA  94608

**Of Counsel**

David Newmann
Joseph A. Bailey III
**Hogan & Hartson L.L.P.**
555 Thirteenth Street, NW
Washington, DC  20004

**Counsel for Co-defendant RLI Insurance Co.**

Michael D. Prough, Esq.
**Morison-Knox Holden & Prough, LLP**
500 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-8068

LA 51022467v2

**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS -Case No. CV-08-0830**