1  WILLIAM C. MORISON (State Bar No. 99981)
   William.Morison@morisonansa.com
2  MICHAEL D. PROUGH (State Bar No. 168741)
   Michael.Prough@morisonansa.com
3  KAREN G. LEVY (State Bar No. 213172)
   Karen.Levy@morisonansa.com
4  MORISON ANSA HOLDEN ASSUNCAO
       & PROUGH, LLP
5  500 Ygnacio Valley Rd., Suite 450
   Walnut Creek, CA  94596
6  Telephone:  (925) 937-9990
   Facsimile:  (925) 937-3272
7
   Attorneys for Defendant
8  RLI INSURANCE COMPANY

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CROWLEY MARITIME CORPORATION,       ) Case No. CV 08-00830 SI
                                        )
14            Plaintiff,                )
                                        ) DEFENDANT RLI INSURANCE
15       v.                             ) COMPANY'S NOTICE OF MOTION
                                        ) AND MOTION TO DISMISS
16  FEDERAL INSURANCE COMPANY; TWIN     )
    CITY FIRE INSURANCE COMPANY; RLI    ) Date:       March 21, 2008
17  INSURANCE COMPANY; and DOES 1-20,   ) Time:       9:00 a.m.
    inclusive,                          ) Judge:      Susan Illston
18                                      ) Courtroom:  10, 19th Floor
              Defendants.               )
19                                      )
                                        )
20  ─────────────────────────────────────

21

22

23

24

25

26

27

28

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2         PLEASE TAKE NOTICE that on March 21, 2008, at 9:00 a.m., or as soon thereafter as

3   this matter may be heard before the Honorable Judge Illston in the above-titled court, located at

4   450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 10, 19th Floor, Defendant

5   RLI Insurance Company ("RLI") will and hereby does move this Court, pursuant to Federal Rule

6   of Civil Procedure 12(b)(6), for an Order dismissing, without leave to amend, all claims alleged

7   against RLI by Plaintiff Crowley Maritime Corporation ("Crowley") on the following grounds:

8         1.      Crowley's complaint fails to allege facts sufficient to state a claim for breach of the

9   insurance contract entered into between RLI and Crowley (the "RLI Insurance Contract") as

10  Crowley has failed to allege facts showing that RLI's contractual duty to Crowley arose.

11        2.      Crowley's complaint fails to allege facts sufficient to state a claim for breach of the

12  implied covenant of good faith and fair dealing as Crowley has failed to show any breach of the

13  RLI Insurance Contract and, as a matter of law, there can be no such claim absent a contractual

14  duty owed and withheld by RLI.

15        3.      Crowley can make no amendment to the Complaint that will allege facts sufficient

16  to state a claim for breach of the RLI Insurance Contract nor the breach of the implied covenant

17  of good faith and fair dealing and therefore, the Complaint should be dismissed without leave to

18  amend.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1       This Motion to Dismiss is and will be based upon this Notice of Motion and Motion, the

2  accompanying Memorandum of Points and Authorities, the pleadings and papers on file herein,

3  and such other or further material as may be presented at or before the hearing of this matter.

4  Dated:  February 13, 2008          Respectfully submitted,

5

6                         MORISON ANSA HOLDEN ASSUNCAO
                            & PROUGH, LLP

7

8                       By:_____/s/ Michael D. Prough_____
                            Michael D. Prough

9

10                     Attorneys for Defendant
                     RLI Insurance Company

11

12  122334

1   WILLIAM C. MORISON (State Bar No. 99981)
    William.Morison@morisonansa.com
2   MICHAEL D. PROUGH (State Bar No. 168741)
    Michael.Prough@morisonansa.com
3   KAREN G. LEVY (State Bar No. 213172)
    Karen.Levy@morisonansa.com
4   MORISON ANSA HOLDEN ASSUNCAO
        & PROUGH, LLP
5   500 Ygnacio Valley Rd., Suite 450
    Walnut Creek, CA  94596
6   Telephone:  (925) 937-9990
    Facsimile:  (925) 937-3272
7
8   Attorneys for Defendant
    RLI INSURANCE COMPANY

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CROWLEY MARITIME CORPORATION,          ) Case No. CV 08-00830 SI
                                           )
14              Plaintiff,                 )
                                           ) [PROPOSED] ORDER GRANTING
15          v.                             ) DEFENDANT RLI INSURANCE
                                           ) COMPANY'S MOTION TO
16  FEDERAL INSURANCE COMPANY; TWIN        ) DISMISS
    CITY FIRE INSURANCE COMPANY; RLI       )
17  INSURANCE COMPANY; and DOES 1-20,      ) Date:       March 21, 2008
    inclusive,                             ) Time:       9:00 a.m.
18                                         ) Judge:      Susan Illston
                Defendants.                ) Courtroom:  10, 19th Floor
19                                         )
                                           )
20                                         )

21

22

23

24

25

26

27

28

1       The Motion of Defendant RLI Insurance Company ("RLI") to Dismiss, without leave to

2   amend, the Complaint of Plaintiff Crowley Maritime Corporation ("Crowley") came on regularly

3   for hearing before this Court on March 21, 2008, Hon. Susan Illston, District Judge, Presiding.

4       RLI asks this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss,

5   without leave to amend, Crowley's Complaint, for failure to state a claim upon which relief may

6   be granted.

7       Having considered the moving and opposition papers, the pleadings and papers filed by

8   the parties in connection therewith, the arguments of counsel, and all other matters presented to

9   the Court,

10       IT IS HEREBY ORDERED that:

11       RLI's Motion to Dismiss Crowley's Complaint pursuant to Federal Rule of Civil

12   Procedure 12(b)(6) is GRANTED in its entirety and the Complaint is DISMISSED in its entirety

13   without leave to amend.

14

15   DATED: _____, 2008

16                              _____
                           The Honorable Susan Illston
                           United States District Judge

17   122337

[Proposed] Order Granting
RLI's Mot. to Dismiss
Case No. CV 08-00830 SI