IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ,　　　　　　　　　　No. C 08-00803SI

　　　　Plaintiff,　　　　　　　　　　　　　　**NOTICE**

　　v.

PEOPLE OF STATE OF CALIFORNIA,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　／

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions to dismiss have been scheduled for argument on Friday, March 21, 2008, at 9:00 a.m.

Dated: February 14, 2008　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk