IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROWLEY MARITIME CORP,                    No. C 08-00830SI

        Plaintiff,                         **NOTICE**

  v.

FEDERAL INSURANCE COMPANY,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions shall be heard on Friday, March 21, 2008, at 9:00 a.m.

Dated: February 14, 2008                    RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk