Philip L. Pillsbury, Jr. (SBN 72261)
Richard D. Shively (SBN 104895)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
mailto:ppillsbury@pillsburylevinson.com
mailto:rshively@pillsburylevinson.com
mailto:rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

U.S DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL INSURANCE COMPANY; TWIN ) <br> CITY FIRE INSURANCE COMPANY; RLI ) <br> INSURANCE COMPANY; and DOES 1-20, ) <br> inclusive, ) <br> ) <br> Defendants. ) | Case No. CV-08-00830-SI <br><br> **PLAINTIFF'S DEMAND FOR JURY TRIAL** |

## JURY DEMAND

Plaintiff Crowley Maritime Corporation hereby demands a trial by jury.  A jury demand is also contained in plaintiff's initial complaint filed in San Francisco County Superior Court, which action was removed to this court.

Dated:  February 14, 2008                    PILLSBURY & LEVINSON, LLP


                                                     By:   /s/ Eric K. Larson
                                                               Eric K. Larson
                                                               Attorneys for Plaintiff
                                                               CROWLEY MARITIME CORPORATION