G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
KEVIN A. NORRIS (State Bar No. 206022)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail: erudloff@rwblaw.com
knorris@rwblaw.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>    Defendants. | No. CV 08 0830 SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Complaint Filed: 01/07/08<br>Trial Date: None Set |

Pursuant to Civil L.R. 11-3, Joseph A. Bailey III, Esq., an active member in good standing of the bars of Virginia and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Federal Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

///

-1-

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

///

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> G. Edward Rudloff, Jr. (State Bar No. 56058)
> Rudloff Wood & Barrows LLP
> 2000 Powell Street, Suite 900
> Emeryville, CA 94608
> Telephone: (510) 740-1500
> Facsimile:  (510) 740-1501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: February 21, 2008

By: *[signature]*
Joseph A. Bailey III

**HOGAN & HARTSON, LLP**
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

-2-

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*