G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
KEVIN A. NORRIS (State Bar No. 206022)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-Mail:    erudloff@rwblaw.com
           knorris@rwblaw.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. CV 08 0830 SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF JOSEPH A. BAILEY III, ESQ. *PRO HAC VICE***<br><br>Complaint Filed: 01/07/08<br>Trial Date:　　　None Set |

Joseph A. Bailey III, Esq., an active member in good standing of the bars of the state of Virginia and the District of Columbia, whose business address and telephone number is 555 Thirteenth Street, NW, Washington, D.C., 20004, (202) 637-5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Federal Insurance Company;

///

///

1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION
*PRO HAC VICE*

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____, 2008

_____
United States District Court Judge