1  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   KEVIN A. NORRIS (State Bar No. 206022)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, California  94608
   Telephone:  (510) 740-1500
4  Facsimile:  (510) 740-1501
   E-Mail:     erudloff@rwblaw.com
5              knorris@rwblaw.com

6  Attorneys for Defendant
   FEDERAL INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 CROWLEY MARITIME                    No.  CV 08 0830 SI
   CORPORATION,

12              Plaintiff,             **(PROPOSED) ORDER
                                       GRANTING APPLICATION
                                       FOR ADMISSION OF DAVID**
13       vs.                           **NEWMANN, ESQ.** *PRO HAC*
                                       *VICE*
14 FEDERAL INSURANCE
   COMPANY; TWIN CITY FIRE
15 INSURANCE COMPANY; RLI              Complaint Filed:  01/07/08
   INSURANCE COMPANY; and              Trial Date:       None Set
16 DOES 1-20, inclusive,

17              Defendants.
   _____/
18

19

20       David Newmann, Esq., an active member in good standing of the bars of the

21 state of Pennsylvania and the District of Columbia, whose business address and

22 telephone number is 1835 Market Street, 28th Floor, Philadelphia, PA, 19103, (267)

23 675-4600, having applied in the above-entitled action for admission to practice in the

24 Northern District of California on a *pro hac vice* basis, representing Defendant

25 Federal Insurance Company;

26 ///

27 ///

28

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the

2  terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must

3  indicate appearance *pro hac vice*.  Service of papers and communication with co-

4  counsel designated in the application will constitute notice to the party.  All future

5  filings in this action are subject to the requirements contained in General Order No.

6  45, *Electronic Case Filing*.

7

8  Dated:_____, 2008                    _____

9                                                  United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

---

2
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION
*PRO HAC VICE*