1  Philip L. Pillsbury, Jr. (SBN 72261)
   Richard D. Shively (SBN 104895)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone:  (415) 433-8000
   Facsimile:   (415) 433-4816
6  mailto:ppillsbury@pillsburylevinson.com
   mailto:rshively@pillsburylevinson.com
7  mailto:rlarson@pillsburylevinson.com
8  Attorneys for Plaintiff
   CROWLEY MARITIME CORPORATION
9
10 MICHAEL F. PERLIS (State Bar No. 95992)
   RICHARD R. JOHNSON (State Bar No. 198117)
11 STROOCK & STROOCK & LAVAN LLP
   2029 Century Park East, Suite 1800
12 Los Angeles, California 90067-3086
   Attorneys for Defendant
13 TWIN CITY FIRE INSURANCE COMPANY
14 WILLIAM C. MORISON (State Bar No. 99981)
   MICHAEL D. PROUGH (State Bar No. 168741)
15 KAREN G. LEVY (State Bar No. 213172)
   MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP
16 500 Ygnacio Valley Rd., Suite 450
17 Walnut Creek, CA 94596
   Attorneys for Defendant
18 RLI INSURANCE COMPANY

19              UNITED STATES DISTRICT COURT
20     NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

21 CROWLEY MARITIME CORPORATION,   )  Case No. CV-08-0830 SI
22                                 )
                Plaintiff,         )  **STIPULATION AND [PROPOSED]**
23         vs.                     )  **ORDER CHANGING BRIEFING**
                                   )  **SCHEDULES AND HEARING DATES**
24 FEDERAL INSURANCE COMPANY; TWIN )  **ON TWIN CITY AND RLI MOTIONS**
   CITY FIRE INSURANCE COMPANY; RLI)  **TO DISMISS**
25 INSURANCE COMPANY; and DOES 1-20,)
26 inclusive,                      )
                Defendants.        )
27                                 )
28                                 )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Crowley Maritime Corporation ("Plaintiff), by and through its attorneys of record, Pillsbury & Levinson, LLP, and defendants Twin City Insurance Company ("Twin City") and RLI Insurance Company ("RLI"), by and through their counsel of record, STROOCK & STROOCK & LAVAN LLP and MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP respectively, hereby stipulate:

WHEREAS, the motions to dismiss by defendants Twin City and RLI are presently set for hearing on March 21, 2008, and Plaintiff's oppositions thereto are presently due on February 29, 2008; and

WHEREAS, due to the press of business, Plaintiff's counsel requires an additional week to prepare the opposition briefs; and

WHEREAS there have been no previous time modifications sought or obtained by any party in connection with the Twin City and RLI motions to dismiss,

THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on both Twin City's and RLI's motions to dismiss shall be continued until April 11, 2008;

2. Plaintiff's opposition to both motions shall now be due on March 7, 2008; and

3. Twin City's and RLI's replies shall now be due on March 21, 2008.

Dated: February 26, 2008

PILLSBURY & LEVINSON, LLP

By: /s/ Richard D. Shively

Richard D. Shively

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

| | | |
|---|---|---|
| 1 | Dated: February 27, 2008 | STROOCK & STROOCK & LAVAN LLP |
| 2 | | |
| 3 | | By: /s/ Michael F. Perlis /RES |
| 4 | | Michael F. Perlis |
| 5 | | Attorneys for Defendant |
| 6 | | TWIN CITY FIRE INSURANCE COMPANY |
| 7 | | |
| 8 | | |
| 9 | Dated: February __, 2008 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Michael D. Prough |
| 14 | | Attorneys for Defendant |
| 15 | | RLI INSURANCE COMPANY |
| 16 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 17 | | |
| 18 | Dated _____ | _____ |
| 19 | | Honorable Susan Illston United States District Judge |

(Left margin: PILLSBURY & LEVINSON, LLP / The Transamerica Pyramid / 600 Montgomery Street, 31st Floor · San Francisco, CA 94111)

-3-
STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULES AND
HEARING DATES ON TWIN CITY AND RLI MOTIONS TO DISMISS – Case No. CV-08-0830-SI

| | |
|---|---|
| Dated: February ___, 2008 | STROOCK & STROOCK & LAVAN LLP |
| | By: _____ |
| | Michael F. Perlis |
| | Attorneys for Defendant<br>TWIN CITY FIRE INSURANCE COMPANY |
| Dated: February 27, 2008 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| | By: _____<br>Michael D. Prough |
| | Attorneys for Defendant<br>RLI INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____

Honorable Susan Illston
United States District Judge