| | |
|---|---|
| 1 | Philip L. Pillsbury, Jr. (SBN 72261) |
| | Richard D. Shively (SBN 104895) |
| 2 | Eric K. Larson (SBN 142791) |
| 3 | PILLSBURY & LEVINSON, LLP |
| | The Transamerica Pyramid |
| 4 | 600 Montgomery Street, 31st Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 433-8000 |
| 6 | Facsimile: (415) 433-4816 |
| | mailto:ppillsbury@pillsburylevinson.com |
| 7 | mailto:rshively@pillsburylevinson.com |
| | mailto:rlarson@pillsburylevinson.com |
| 8 | Attorneys for Plaintiff |
| | CROWLEY MARITIME CORPORATION |
| 9 | |
| 10 | MICHAEL F. PERLIS (State Bar No. 95992) |
| | RICHARD R. JOHNSON (State Bar No. 198117) |
| 11 | STROOCK & STROOCK & LAVAN LLP |
| | 2029 Century Park East, Suite 1800 |
| 12 | Los Angeles, California 90067-3086 |
| | Attorneys for Defendant |
| 13 | TWIN CITY FIRE INSURANCE COMPANY |
| 14 | |
| | WILLIAM C. MORISON (State Bar No. 99981) |
| 15 | MICHAEL D. PROUGH (State Bar No. 168741) |
| | KAREN G. LEVY (State Bar No. 213172) |
| 16 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| | 500 Ygnacio Valley Rd., Suite 450 |
| 17 | Walnut Creek, CA 94596 |
| | Attorneys for Defendant |
| 18 | RLI INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | Case No. CV-08-0830 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULES AND HEARING DATES ON TWIN CITY AND RLI MOTIONS TO DISMISS** |
| vs. | |
| FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive, | |
| Defendants. | |

-1-

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULES AND
HEARING DATES ON TWIN CITY AND RLI MOTIONS TO DISMISS – Case No. CV-08-0830-SI

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Plaintiff Crowley Maritime Corporation ("Plaintiff), by and through its attorneys of
3  record, Pillsbury & Levinson, LLP, and defendants Twin City Insurance Company ("Twin
4  City") and RLI Insurance Company ("RLI"), by and through their counsel of record,
5  STROOCK & STROOCK & LAVAN LLP and MORISON ANSA HOLDEN ASSUNCAO &
6  PROUGH, LLP respectively, hereby stipulate:

7  WHEREAS, the motions to dismiss by defendants Twin City and RLI are presently set
8  for hearing on March 21, 2008, and Plaintiff's oppositions thereto are presently due on
9  February 29, 2008; and

10  WHEREAS, due to the press of business, Plaintiff's counsel requires an additional
11  week to prepare the opposition briefs; and

12  WHEREAS there have been no previous time modifications sought or obtained by any
13  party in connection with the Twin City and RLI motions to dismiss,

14  THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

15  1.  The hearing on both Twin City's and RLI's motions to dismiss shall be
16  continued until April 11, 2008;

17  2.  Plaintiff's opposition to both motions shall now be due on March 7, 2008; and

18  3.  Twin City's and RLI's replies shall now be due on March 21, 2008.

20  Dated: February 26, 2008          PILLSBURY & LEVINSON, LLP

                                      By: /s/ Richard D. Shively
                                      Richard D. Shively

                                      Attorneys for Plaintiff
                                      CROWLEY MARITIME CORPORATION

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

Dated: February 27, 2008

STROOCK & STROOCK & LAVAN LLP

By: /s/ Michael F. Perlis
Michael F. Perlis

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

Dated: February __, 2008

MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

By: _____
Michael D. Prough

Attorneys for Defendant
RLI INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____

_____
Honorable Susan Illston
United States District Judge

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

Dated: February ___, 2008                    STROOCK & STROOCK & LAVAN LLP

By: _____
    Michael F. Perlis

Attorneys for Defendant
TWIN CITY FIRE INSURANCE
COMPANY

Dated: February 27, 2008                     MORISON ANSA HOLDEN ASSUNCAO
                                             & PROUGH, LLP

By: _____
    Michael D. Prough

Attorneys for Defendant
RLI INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____
                                             _____
                                             Honorable Susan Illston
                                             United States District Judge

The motion hearing has been continued to 4/4/08 @ 9:00 a.m.