```
 1  Philip L. Pillsbury, Jr. (SBN 72261)
    Richard D. Shively (SBN 104895)
 2  Eric K. Larson (SBN 142791)
    PILLSBURY & LEVINSON, LLP
 3  The Transamerica Pyramid
    600 Montgomery Street, 31st Floor
 4  San Francisco, CA 94111
 5  Telephone: (415) 433-8000
    Facsimile:  (415) 433-4816
 6  mailto:ppillsbury@pillsburylevinson.com
    mailto:rshively@pillsburylevinson.com
 7  mailto:rlarson@pillsburylevinson.com
 8  Attorneys for Plaintiff
    CROWLEY MARITIME CORPORATION
 9
    MICHAEL F. PERLIS (State Bar No. 95992)
10  RICHARD R. JOHNSON (State Bar No. 198117)
    STROOCK & STROOCK & LAVAN LLP
11  2029 Century Park East, Suite 1800
    Los Angeles, California 90067-3086
12  Attorneys for Defendant
13  TWIN CITY FIRE INSURANCE COMPANY

14  WILLIAM C. MORISON (State Bar No. 99981)
    MICHAEL D. PROUGH (State Bar No. 168741)
15  KAREN G. LEVY (State Bar No. 213172)
    MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP
16  500 Ygnacio Valley Rd., Suite 450
17  Walnut Creek, CA 94596
    Attorneys for Defendant
18  RLI INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. CV-08-0830 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULES AND HEARING DATES ON TWIN CITY AND RLI MOTIONS TO DISMISS**<br><br>corrected |

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Crowley Maritime Corporation ("Plaintiff), by and through its attorneys of record, Pillsbury & Levinson, LLP, and defendants Twin City Insurance Company ("Twin City") and RLI Insurance Company ("RLI"), by and through their counsel of record, STROOCK & STROOCK & LAVAN LLP and MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP respectively, hereby stipulate:

WHEREAS, the motions to dismiss by defendants Twin City and RLI are presently set for hearing on March 21, 2008, and Plaintiff's oppositions thereto are presently due on February 29, 2008; and

WHEREAS, due to the press of business, Plaintiff's counsel requires an additional week to prepare the opposition briefs; and

WHEREAS there have been no previous time modifications sought or obtained by any party in connection with the Twin City and RLI motions to dismiss,

THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1.  The hearing on both Twin City's and RLI's motions to dismiss shall be continued until April 11, 2008;

2.  Plaintiff's opposition to both motions shall now be due on March 7, 2008; and

3.  Twin City's and RLI's replies shall now be due on March 21, 2008.

Dated: February 26, 2008            PILLSBURY & LEVINSON, LLP

                                    By: /s/ Richard D. Shively
                                    Richard D. Shively

                                    Attorneys for Plaintiff
                                    CROWLEY MARITIME CORPORATION

1 | Dated: February 22 2008

STROOCK & STROOCK & LAVAN LLP

By: /s/ Michael F. Perlis
Michael F. Perlis

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

Dated: February __, 2008

MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

By: _____
Michael D. Prough

Attorneys for Defendant
RLI INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____

_____
Honorable Susan Illston
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: February ___, 2008 | STROOCK & STROOCK & LAVAN LLP |
| | | By: _____ |
| | | Michael F. Perlis |
| | | Attorneys for Defendant |
| | | TWIN CITY FIRE INSURANCE COMPANY |
| | Dated: February 27, 2008 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| | | By: /s/ Michael Prough |
| | | Michael D. Prough |
| | | Attorneys for Defendant |
| | | RLI INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____

/s/ Susan Illston
Honorable Susan Illston
United States District Judge

The motion hearing has been continued to 4/4/08 @ 9:00 a.m.

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-3-
STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULES AND
HEARING DATES ON TWIN CITY AND RLI MOTIONS TO DISMISS – Case No. CV-08-0830-SI