1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Richard D. Shively (SBN 104895)
   Eric K. Larson (SBN 142791)
3  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
6  Email: ppillsbury@pillsburylevinson.com
          rshively@pillsburylevinson.com
7         rlarson@pillsburylevinson.com
8
   Attorneys for Plaintiff
9  CROWLEY MARITIME CORPORATION

10

11                UNITED STATES DISTRICT COURT

12       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

14

15  CROWLEY MARITIME CORPORATION,        )   Case No. CV-08-00830 SI
                                          )   [Hon. Susan Illston]
16               Plaintiff,               )
                                          )   **PLAINTIFF CROWLEY MARITIME
17       vs.                              )   CORPORATION'S CERTIFICATION
                                          )   OF INTERESTED ENTITIES OR
18  FEDERAL INSURANCE COMPANY; TWIN       )   PERSONS; AND DEMAND FOR JURY
    CITY FIRE INSURANCE COMPANY; RLI      )   TRIAL**
19  INSURANCE COMPANY; and DOES 1-20,     )
    inclusive,                            )   Date:  April 11, 2008
20                                        )   Time:  9:00 a.m.
                 Defendants.              )   Place: Courtroom 10, 19th Floor
21                                        )
                                          )
22                                        )
                                          )   Action Filed: January 7, 2008
23                                        )   Removal Date: February 6, 2008
                                          )   Trial Date:   None Set
24  _____)

25

26

27

28

---

PLAINTIFF'S CERTIFICATION OF INTERESTED                              Case No. CV-08-00830 SI
ENTITIES OR PERSONS; AND DEMAND FOR JURY TRIAL

**TO ALL PARTIES AND TO THE CLERK OF THE COURT:**

**I.   CERTIFICATION.**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy in this case or in plaintiff Crowley Maritime Corporation ("Crowley"), or (ii) have a non-financial interest in that subject matter or in Crowley that could be substantially affected by the outcome of this proceeding:

1.   Crowley is a wholly-owned subsidiary of Crowley Holdings, Inc. No publicly held corporation owns 10% or more of the stock of Crowley.

2.   Crowley Holdings, Inc. is a closely held Delaware corporation. No publicly held entity owns 10% or more of its common stock.

Crowley understands that, under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon the occurrence of any change in the information required to be included in this certification.

**II.   JURY DEMAND.**

Crowley hereby requests a trial by jury.

Dated: March 7, 2008                    PILLSBURY & LEVINSON, LLP

                                        By:   /s/ Richard D. Shively
                                              Richard D. Shively

                                        Attorneys for Plaintiff
                                        CROWLEY MARITIME CORPORATION

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-
PLAINTIFF'S OPPOSITION TO MOTIONS TO DISMISS BY DEFENDANTS            Case No. CGC-08-470782
TWIN CITY FIRE INSURANCE COMPANY AND RLI INSURANCE COMPANY