1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Richard D. Shively (SBN 104895)
   Eric K. Larson (SBN 142791)
3  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
6  Email: ppillsbury@pillsburylevinson.com
          rshively@pillsburylevinson.com
7         rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. CV-08-00830 SI<br>[Hon. Susan Illston]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　April 11, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 10, 19th Floor<br><br><br>Action Filed: January 7, 2008<br>Removal Date: February 6, 2008<br>Trial Date:　None Set |

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On March 7, 2008, I served the foregoing document(s) described as

(1) **PLAINTIFF CROWLEY MARITIME CORPORATION'S OPPOSITION TO MOTIONS TO DISMISS BY DEFENDANTS TWIN CITY FIRE INSURANCE COMPANY AND RLI INSURANCE COMPANY; and**

(2) **PLAINTIFF CROWLEY MARITIME CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; AND DEMAND FOR JURY TRIAL**

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ BY E-MAIL OR ELECTRONIC TRANSMISSION. I caused the documents to be sent to the persons at the e-mail addresses listed above via the U.S. Northern District Court's Electronic Court Filing system. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ BY U.S. MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 7, 2008 at San Francisco, California.

        /s/ Sandra Bush
        Sandra Bush

# SERVICE LIST

## *Via Electronic Transmission*

Kevin Andrew Norris
Rudloff Wood & Barrows LLP
2000 Powell Street, Suite 900
Emeryville, CA 94608
knorris@rwblaw.com
*Attorney representing Federal Insurance Co.*

George Edward Rudloff, Jr.
Rudloff Wood & Barrows LLP
2000 Powell Street, Suite 900
Emeryville, CA 94608
erudloff@rwblaw.com
*Attorney representing Federal Insurance Co.*

Michael Dale Prough
Morison Ansa Holden Assuncao
   & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
michael.prough@morisonansa.com
*Attorney representing RLI Insurance Co.*

Karen Galit Levy
Morison Ansa Holden Assuncao
   & Prough LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
karen.levy@morisonansa.com
*Attorney representing RLI Insurance Co.*

Michael Fredrick Perlis
2029 Century Park East
Suite 1800
Los Angeles, CA 90067
mperlis@stroock.com
*Attorney representing Twin City Fire Insurance Company*

Richard Ray Johnson
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
rjohnson@Stroock.com
*Attorney representing Twin City Fire Insurance Company*

## *Via U.S. Mail*

David Newmann, Esq.
Hogan & Hartson LLP
1835 Market Street, 28th Floor
Philadelphia, PA 19103
*Attorney representing Federal Insurance Co.*

Joseph A. Bailey, III
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
*Attorney representing Federal Insurance Co.*

William Campbell-Morison-Knox
Morison Ansa Holden Assuncao
   & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
*Attorney representing RLI Insurance Co.*

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111