IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: FRIDAY, APRIL 11, 2008 LAW AND MOTION CALENDAR      **NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT Judge Illston will be unavailable during the period of April 8, 2008 through April 11, 2008.

All cases that are scheduled to appear on the Friday, April 11, 2008 law and motion calendar have been **ADVANCED** to occur on **MONDAY, APRIL 7, 2008**, (at the same time originally scheduled).

The Court does not require any adjustments to any filing deadlines.

**09:00 AM**

C-07-5226.e USA v. SANDRA WILLIMS
OSC RE: ENFORCEMENT OF IRS SUMMONS

-----------

C-08-0830 CROWLEY MARITIME v. FEDERAL INSURANCE CO.
Defendants Motions to Dismiss

-----------

C-07-5179 McQUAID, BEDFORD & VAN ZANDT v. PARAGON FOUNDATION
Defendant's Motion to Dismiss

-----------

C-07-5792.e WILLIAM SETZLER v. SAN FRANCISCO
Defendant's Motion to Dismiss

-----------

C-08-0885 ANA BIOCINI v. MICHAEL MUKASEY
Petitioner's Motion for Preliminary Injunction

-----------

C-06-4931.e TROY WALKER v. VIACOM
Defendant's Motion for Summary Judgment

-----------

C-99-2506 BOWOTO v. CHEVRON CORP.
Plaintiff's Motion to Voluntarily Dismiss

-----------

C-04-3526 ACCO BRANDS v. PC GUARDIAN
Plaintiff's Motion to Strike - maybe contined

----------

C-03-1517.e BANK OF THE WEST v. M/V WET PLEASURE THE FINALE
Defendant's Motion to Tax Costs

----------

**11:00 AM**
CR-06-0711.e UNITED STATES v. CODY K. DOBBS (C)
Judgment & Sentence

----------

**02:00 PM**
C-07-5226.e USA v. SANDRA WILLIMS
Initial Cased Management Conference

----------

C-08-0033 ANTHONY SILVA v. MERRILL CORP.
Initial Case Management Conference

----------

C-07-6300.e JUDY MCDERMOTT v. JOHN POTTER
Initial Case Management Conference (pro se)

----------

**02:30 PM**
C-07-1776.e EEOC v. ABLE SERVICES INC.
Further Case Management Conference

----------

DATED: March 20, 2008                    RICHARD W. WIEKING, Clerk

_Tracy Sutton_
Tracy Sutton
Deputy Clerk