1  STROOCK & STROOCK & LAVAN LLP
   MICHAEL F. PERLIS (State Bar No. 95992)
2  mperlis@stroock.com
   RICHARD R. JOHNSON (State Bar No. 198117)
3  rjohnson@stroock.com
4  RACHAEL SHOOK (State Bar No. 251628)
   rshook@stroock.com
5  2029 Century Park East, Suite 1800
   Los Angeles, California  90067-3086
6  Telephone: 310-556-5800
   Facsimile: 310-556-5959
7  lacalendar@stroock.com

8
   Attorneys for Defendant
9    TWIN CITY FIRE INSURANCE COMPANY

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                **SAN FRANCISCO DIVISION**

13

14

15 | CROWLEY MARITIME CORPORATION, | ) | **Case No. CV-08-00830 SI** |
|---|---|---|
|  | ) |  |
16 | Plaintiff, | ) | [Hon. Susan Illston] |
|  | ) |  |
17 | vs. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
18 | FEDERAL INSURANCE COMPANY; TWIN | ) | DATE:   April 7, 2008 |
19 | CITY FIRE INSURANCE COMPANY; RLI | ) | TIME:    9:00 a.m. |
   | INSURANCE COMPANY; and DOES 1-20, | ) | PLACE: Courtroom 10, 19th Floor |
20 | inclusive, | ) |  |
|  | ) |  |
21 | Defendants. | ) |  |

---

CERTIFICATE OF SERVICE - Case No. CV-08-00830 SI

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF LOS ANGELES      )

I am employed by Stroock & Stroock & Lavan LLP in the County of Los Angeles, California 90067.  I am over the age of 18 and not a party to the within action.  My business address is: 2029 Century Park East, Los Angeles, CA  90067-3086. On March 21, 2008, I served the within documents:

**REPLY IN SUPPORT OF MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY TO DISMISS CROWLEY MARITIME CORPORATION'S COMPLAINT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF CROWLEY MARITIME CORPORATION'S COMPLAINT**

☐ **Via Fax -** I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers t.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ **Via Mail -** I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles,  addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit

☐ **Via Hand Delivery -** I caused such document(s) to be hand delivered to the person(s) at the address(es) set forth below.

☐ **VIA EXPRESS CARRIER -** I caused such documents to be collected by an agent for to be delivered to the address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2008, at Los Angeles, California.

/s/ Patricia Bloom
Patricia Bloom

**SERVICE LIST**

David Newmann, Esq.
Hogan & Hartson LLP
1835 Market Street, 28th Floor
Philadelphia, PA 19103
*Attorney representing Federal Insurance Co.*

Joseph A. Bailey, III
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
*Attorney representing Federal Insurance Co.*

William Campbell-Morison-Knox
Morison Ansa Holden Assuncao & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
*Attorney representing RLI Insurance Co.*