Philip L. Pillsbury, Jr. (SBN 72261)
Richard D. Shively (SBN 104895)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       rshively@pillsburylevinson.com
       rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV-08-00830 SI<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: April 7, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br><br><br>Action Filed: January 7, 2008<br>Removal Date: February 6, 2008<br>Trial Date: None Set |

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On April 1, 2008, I served the foregoing document(s) described as

(1) **PLAINTIFF CROWLEY MARITIME CORPORATION'S REQUEST FOR LEAVE TO FILE RESPONSE TO RLI'S "BRIEF RE NEW AUTHORITY"; and**
(2) **PLAINTIFF CROWLEY MARITIME CORPORATION'S RESPONSE TO RLI'S "BRIEF RE NEW AUTHORITY"**

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ BY E-MAIL OR ELECTRONIC TRANSMISSION. I caused the documents to be sent to the persons at the e-mail addresses listed above via the U.S. Northern District Court's Electronic Court Filing system. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ BY U.S. MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2008 at San Francisco, California.

           /s/ Sandra Bush
           Sandra Bush

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-
CERTIFICATE OF SERVICE          Case No. CV-08-00830

## SERVICE LIST

*Via Electronic Transmission*

| | |
|---|---|
| Kevin Andrew Norris<br>Rudloff Wood & Barrows LLP<br>2000 Powell Street, Suite 900<br>Emeryville, CA 94608<br>*knorris@rwblaw.com*<br>*Attorney representing Federal Insurance Co.* | George Edward Rudloff, Jr.<br>Rudloff Wood & Barrows LLP<br>2000 Powell Street, Suite 900<br>Emeryville, CA 94608<br>*erudloff@rwblaw.com*<br>*Attorney representing Federal Insurance Co.* |
| Michael Dale Prough<br>Morison Ansa Holden Assuncao<br>   & Prough, LLP<br>500 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA 94596<br>*michael.prough@morisonansa.com*<br>*Attorney representing RLI Insurance Co.* | Karen Galit Levy<br>Morison Ansa Holden Assuncao<br>   & Prough LLP<br>500 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA 94596<br>*karen.levy@morisonansa.com*<br>*Attorney representing RLI Insurance Co.* |
| Michael Fredrick Perlis<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>*mperlis@stroock.com*<br>*Attorney representing Twin City Fire Insurance Company* | Richard Ray Johnson<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067-3086<br>*rjohnson@Stroock.com*<br>*Attorney representing Twin City Fire Insurance Company* |

*Via U.S. Mail*

| | |
|---|---|
| David Newmann, Esq.<br>Hogan & Hartson LLP<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>*Attorney representing Federal Insurance Co.* | Joseph A. Bailey, III<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>*Attorney representing Federal Insurance Co.* |
| William Campbell-Morison-Knox<br>Morison Ansa Holden Assuncao<br>   & Prough, LLP<br>500 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA 94596<br>*Attorney representing RLI Insurance Co.* | |

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-

CERTIFICATE OF SERVICE                                    Case No. CV-08-00830