IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 08-00830 SI<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT TO FILE DECLARATORY RELIEF CLAIMS** |

Defendants Twin City Fire Insurance Company and RLI Insurance Company's motions to dismiss are GRANTED, without prejudice to reconsideration at a later point in this action [Docket Nos. 10 & 15]. Based on the unique circumstances of this case, it is too early to address plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing. However, it is in the interest of all parties and the Court to resolve the existing disputes in a single proceeding. Therefore, should plaintiff wish to do so, it may amend its complaint to file declaratory relief claims against defendants. Amendment must be made within 20 days of the date of this order.

**IT IS SO ORDERED.**

Dated: April 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge