Philip L. Pillsbury, Jr. (SBN 72261)
Richard D. Shively (SBN 104895)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       rshively@pillsburylevinson.com
       rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>　　　　　Defendants. | **Case No. CV-08-00830 SI**<br>**[Hon. Susan Illston]**<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>**Action Filed: January 7, 2008**<br>**Removal Date: February 6, 2008**<br>**Trial Date:    None Set** |

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On April 18, 2008, I served the foregoing document(s) described as

(1) **FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; AND DECLARATORY RELIEF**

**DEMAND FOR JURY TRIAL**

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| David Newmann, Esq.<br>Hogan & Hartson LLP<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>*Attorney representing Federal Insurance Co.* | Joseph A. Bailey, III<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>*Attorney representing Federal Insurance Co.* |

William Campbell-Morison-Knox
Morison Ansa Holden Assuncao
  & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
*Attorney representing RLI Insurance Co.*

☒   BY U.S. MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2008 at San Francisco, California.

                                                        /s/ Sandra Bush
                                                        Sandra Bush