WILLIAM C. MORISON (State Bar No. 99981)
William.Morison@morisonansa.com
MICHAEL D. PROUGH (State Bar No. 168741)
Michael.Prough@morisonansa.com
KAREN G. LEVY (State Bar No. 213172)
Karen.Levy@morisonansa.com
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 08-00830 SI<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Judge:      Susan Illston<br>Courtroom: 10, 19th Floor |

TO PLAINTIFF CROWLEY MARITIME CORPORATION AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

1. RLI Insurance Company is a wholly owned subsidiary of RLI Corp. No other publicly held corporation owns 10% or more of the stock of RLI Insurance Company.

2. RLI Corp. issues common stock which is listed and principally traded on the New York Stock Exchange under the trading symbol "RLI." No publicly held entity owns 10% or more of its common stock.

RLI Insurance Company understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: April 24, 2008

Respectfully submitted,

MORISON ANSA HOLDEN ASSUNCAO
& PROUGH, LLP


By:   /s/ Michael D. Prough

Attorneys for Defendant
RLI Insurance Company

128742