UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CROWLEY MARITIME CORPORATION,
        Plaintiff(s),

v.

FEDERAL INSURANCE COMPANY; ET AL.
        Defendant(s).

Case No. CV-08-00830 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 24, 2008

[Party] Jeremy S. Salzman, Esq.
Defendant Twin City Fire Insurance C

Dated: April 23, 2008

[Counsel] Michael F. Perlis, Esq
Stroock & Stroock & Lavan LLP
Attorneys for Defendant
Twin City Fire Insurance Co.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

/s/ Rachael Shook
Rachael Shook

Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Telephone:  310.556.5800
Fax:          310.556.5959

LA 51019159v1