WILLIAM C. MORISON (State Bar No. 99981)
William.Morison@morisonansa.com
MICHAEL D. PROUGH (State Bar No. 168741)
Michael.Prough@morisonansa.com
KAREN G. LEVY (State Bar No. 213172)
Karen.Levy@morisonansa.com
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>          Defendants. | Case No. CV 08-00830 SI<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>Judge:         Susan Illston<br>Courtroom: 10, 19th Floor<br>Init. CMC:   May 16, 2008<br>                    2:00 p.m. |

Counsel report that they have met and conferred regarding alternative dispute resolution ("ADR") and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree that in light of the nature of the issues involved in this action, it would be most appropriate and effective to participate in an ADR process after some discovery has been completed. The parties have therefore agreed to hold a private mediation before a JAMS neutral before January 5, 2009.

- 1 -

STIP. & [PROPOSED] ORDER SELECTING ADR PROCESS Case No. CV 08-00830 SI

| | | |
|---|---|---|
| 1 | Dated: April 25, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Karen G. Levy* |
| 4 | | WILLIAM C. MORISON (State Bar No. 99981) |
| 5 | | MICHAEL D. PROUGH (State Bar No. 168741) |
|   | | KAREN G. LEVY (State Bar No. 213172) |
|   | | **MORISON ANSA HOLDEN ASSUNCAO** |
|   | |     **& PROUGH, LLP** |

1  Dated: April 25, 2008                Respectfully submitted,

                                        */s/ Karen G. Levy*

                                        WILLIAM C. MORISON (State Bar No. 99981)
                                        MICHAEL D. PROUGH (State Bar No. 168741)
                                        KAREN G. LEVY (State Bar No. 213172)
                                        **MORISON ANSA HOLDEN ASSUNCAO**
                                            **& PROUGH, LLP**
                                        500 Ygnacio Valley Road, Suite 450
                                        Walnut Creek, CA 94596
                                        Telephone:   (925) 937-9990
                                        Facsimile:   (925) 937-3272
                                        E-Mail:      William.Morison@morisonansa.com
                                                     Michael.Prough@morisonansa.com
                                                     Karen.Levy@morisonansa.com

                                        Attorneys for Defendant
                                        RLI INSURANCE COMPANY


Dated: April 25, 2008

                                        */s/ Richard D. Shively*

                                        PHILIP L. PILLSBURY, JR. (State Bar No. 72261)
                                        RICHARD D. SHIVELY (State Bar No. 104895)
                                        ERIC K. LARSON (State Bar No. 142791)
                                        **PILLSBURY & LEVINSON, LLP**
                                        The Transamerica Pyramid
                                        600 Montgomery Street, 31st Floor
                                        San Francisco, CA 94111
                                        Telephone:   (415) 433-8000
                                        Facsimile:   (415) 433-4816
                                        E-Mail:      ppillsbury@pillsburylevinson.com
                                                     rshively@pillsburylevinson.com
                                                     rlarson@pillsburylevinson.com

                                        Attorneys for Plaintiff
                                        CROWLEY MARITIME CORPORATION

| | |
|---|---|
| 1  Dated: April 25, 2008 | |
| 2  | _____ |
| 3  | G. EDWARD RUDLOFF, JR. (State Bar No. 56058) |
|    | KEVIN A. NORRIS (State Bar No. 206022) |
| 4  | **RUDLOFF WOOD & BARROWS LLP** |
|    | 2000 Powell Street, Suite 900 |
| 5  | Emeryville, CA 94608 |
|    | Telephone:    (510) 740-1500 |
| 6  | Facsimile:    (510) 740-1501 |
|    | E-Mail:       erudloff@rwblaw.com |
| 7  |               knorris@rwblaw.com |
| 8  | David Newmann, Esq. (admitted *pro hac vice*) |
|    | Joseph A. Bailey III, Esq. (admitted *pro hac vice*) |
| 9  | **HOGAN & HARTSON LLP** |
|    | 555 Thirteenth Street NW |
| 10 | Washington, D.C. 20004 |
|    | Telephone:    (202) 637-5600 |
| 11 | Facsimile:    (202) 637-5910 |
|    | E-Mail:       dnewmann@hhlaw.com |
| 12 |               jabaileyIII@hhlaw.com |
| 13 | Attorneys for Defendant |
|    | FEDERAL INSURANCE COMPANY |

Dated: April __, 2008

_____
MICHAEL F. PERLIS (State Bar No. 95992)
RICHARD R. JOHNSON (State Bar No. 198117)
RACHAEL SHOOK (State Bar No. 251628)
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone:    (310) 556-5800
Facsimile:    (310) 556-5959
E-Mail:       mperlis@stroock.com
              rjohnson@stroock.com
              rshook@stroock.com

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

1  Dated: April __, 2008

3  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   KEVIN A. NORRIS (State Bar No. 206022)
4  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
5  Emeryville, CA 94608
   Telephone:   (510) 740-1500
6  Facsimile:   (510) 740-1501
   E-Mail:      erudloff@rwblaw.com
7               knorris@rwblaw.com

8  David Newmann, Esq. (admitted *pro hac vice*)
   Joseph A. Bailey III, Esq. (admitted *pro hac vice*)
9  **HOGAN & HARTSON LLP**
   555 Thirteenth Street NW
10 Washington, D.C. 20004
   Telephone:   (202) 637-5600
11 Facsimile:   (202) 637-5910
   E-Mail:      dnewmann@hhlaw.com
12              jabaileyIII@hhlaw.com

13 Attorneys for Defendant
   FEDERAL INSURANCE COMPANY

16 Dated: April 25, 2008

   /s/ Michael F. Perlis

17 MICHAEL F. PERLIS (State Bar No. 95992)
   RICHARD R. JOHNSON (State Bar No. 198117)
   RACHAEL SHOOK (State Bar No. 251628)
18 **STROOCK & STROOCK & LAVAN LLP**
   2029 Century Park East, Suite 1800
19 Los Angeles, CA 90067-3086
   Telephone:   (310) 556-5800
20 Facsimile:   (310) 556-5959
   E-Mail:      mperlis@stroock.com
21              rjohnson@stroock.com
               rshook@stroock.com

23 Attorneys for Defendant
   TWIN CITY FIRE INSURANCE COMPANY

ORDER:

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation.

Deadline for ADR session: January 5, 2009.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Susan Illston
United States Magistrate Judge

128745