UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Crowley Maritime Corp.

                Plaintiff(s),

v.

Federal Insurance Co., et al.

                Defendant(s).
_____/

Case No. CV 08-00830SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 29, 2008

                                                  /s./ Kevin A. Norris on behalf of
                                                  FEDERAL INSURANCE COMPANY

Dated: April 29, 2008

                                                  /s./ Kevin A. Norris
                                                RUDLOFF WOOD & BARROWS LLP

G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
KEVIN A. NORRIS (State Bar No. 206022)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California  94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-Mail:   erudloff@rwblaw.com
             knorris@rwblaw.com

David Newmann, Esq.
Joseph A. Bailey III, Esq.
**HOGAN & HARTSON LLP**
555 Thirteenth Street NW
Washington DC 20004
Telephone:   (202) 637-5600
Facsimile:   (202) 637-5910
E-Mail:   dnewmann@hhlaw.com
             jabaileyIII@hhlaw.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,;<br>TWIN CITY FIRE INSURANCE<br>COMPANY; RLI INSURANCE<br>COMPANY; and DOES 1-20, inclusive,<br><br>            Defendants. | No.  CV 08 0830 SI<br><br>**DECLARATION OF KEVIN A. NORRIS IN RE FEDERAL INSURANCE COMPANY'S ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint Filed: 01/07/08<br>Trial Date:         None Set |

I, Kevin A. Norris, declare as follows:

1.      I am an attorney at law, duly qualified to practice before all of the courts of the state of California.  I am associated with the law firm of Rudloff Wood & Barrows LLP, attorneys of record for Defendant Federal Insurance Company ("Federal").  I have personal knowledge of

1  the matters set forth herein and if called as a witness, I could and would competently testify to the
2  following:

3      2.    An authorized representative of Federal has confirmed that he has read the
4  handbook entitled "Dispute Resolution Procedures in the Northern District of California,"
5  discussed the available dispute resolution options, and considered whether this case could benefit
6  from such options.

7      3.    Federal's authorized representative has granted his express permission to sign the
8  accompanying ADR Certification on his and Federal's behalf.

9      I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct, and that this declaration was executed on April 29, 2008, at
11 Emeryville, California.

12
13                                         */s./ Kevin A. Norris*
                                           Kevin A. Norris

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

2
DECLARATION OF KEVIN A. NORRIS IN RE FEDERAL'S ADR CERTIFICATION