WILLIAM C. MORISON (State Bar No. 99981)
William.Morison@morisonansa.com
MICHAEL D. PROUGH (State Bar No. 168741)
Michael.Prough@morisonansa.com
KAREN G. LEVY (State Bar No. 213172)
Karen.Levy@morisonansa.com
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>     Defendants. | Case No. CV 08-00830 SI<br><br>STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT [LOCAL RULE 6-1]<br><br>Judge: Susan Illston<br>Courtroom: 10, 19th Floor<br>Init. CMC: May 16, 2008<br>             2:00 p.m.<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant RLI Insurance Company ("RLI"), by and through its attorneys of record, Morison Ansa Holden Assuncao & Prough, LLP, and Plaintiff Crowley Maritime Corporation ("Crowley"), by and through its attorneys of record, Pillsbury & Levinson, LLP, hereby stipulate:

WHEREAS, Crowley filed its First Amended Complaint ("FAC") on April 18, 2008; and

WHEREAS, Crowley served its FAC on RLI on April 18, 2008; and

WHEREAS, the deadline for RLI to answer, move or otherwise respond to Crowley's

FAC was May 2, 2008 pursuant to Fed. Rule of Civ. Proc. 15(a)(3):

RLI and Crowley STIPULATE as follows:

RLI and Crowley agree to extend the deadline for RLI to answer Crowley's FAC to May 9, 2008.

Dated: May 1, 2008

Respectfully submitted,

MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

By: _____
Karen G. Levy

Attorneys for Defendant
RLI INSURANCE COMPANY

Dated: May 1, 2008

PILLSBURY & LEVINSON, LLP

By: _____
Richard D. Shively

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

128948