**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-08-0830SI           Judge:   SUSAN ILLSTON

Title: CROWLEY MARITIME -v- FEDERAL INSURANCE

Attorneys: P. Pillsubury, R. Shively        Rudoff, M. Perlis, Prough, Newmann

Deputy Clerk: Tracy Sutton  Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X) SUBMITTED
                         PART

Case continued to  **11/7/08  @ 2:30 p.m.** for Further Case Management Conference
(joint statement due)

Case continued to  **7/2/09  @ 9:00 a.m.**   for Motions
(Motion due 5/1/09, Opposition 6/1/09  Reply 6/15/09)

Case continued to **8/25/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to **9/14/09  @ 8:30 a.m.**  for Trial (jury: 8 Days)
Discovery Cutoff: 2/16/09  Designate Experts by: 3/3/09 , Rebuttal Experts: 3/24/09 , Expert
Discovery Cutoff:4/9/09

ORDERED AFTER HEARING:
A motion to disqualify shall be filed by June 13, 2008.
The parties shall participate in private mediation by January 5, 2009.