Philip L. Pillsbury, Jr. (SBN 72261)
Richard D. Shively (SBN 104895)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       rshively@pillsburylevinson.com
       rlarson@pillsburylevinson.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>    Defendants. | **Case No. CV-08-00830 SI**<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>**Action Filed: January 7, 2008**<br>**Removal Date: February 6, 2008**<br>**Trial Date:    None Set** |

CERTIFICATE OF SERVICE                                          Case No. CV-08-00830 SI

1  I, the undersigned, declare that I am a citizen of the United States; my business address
2  is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California
3  94111; I am employed in the City and County of San Francisco; I am over the age of eighteen
4  (18) years and not a party to the within action.
5  On May 21, 2008, I served the foregoing document(s) described as

6  (1)  **PLAINTIFF CROWLEY MARITIME CORPORATION'S REPLY TO COUNTERCLAIM OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY**

8  **DEMAND FOR JURY TRIAL**

10  on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

William Campbell-Morison-Knox             Rachael Shook
Morison Ansa Holden Assuncao              Stroock & Stroock & Lavan LLP
   & Prough, LLP                          2029 Century Park East
500 Ygnacio Valley Road, Suite 450        Century City, CA 90067-3086
Walnut Creek, CA 94596
*Attorney representing*
*RLI Insurance Co.*

☒  BY U.S. MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008 at San Francisco, California.

   /s/ Sandra Bush
   Sandra Bush