1  WILLIAM C. MORISON (State Bar No. 99981)
   William.Morison@morisonansa.com
2  MICHAEL D. PROUGH (State Bar No. 168741)
   Michael.Prough@morisonansa.com
3  KAREN G. LEVY (State Bar No. 213172)
   Karen.Levy@morisonansa.com
4  MORISON ANSA HOLDEN ASSUNCAO
       & PROUGH, LLP
5  1550 Parkside Drive, Third Floor
   Walnut Creek, CA  94596-8068
6  Telephone:  (925) 937-9990
   Facsimile:  (925) 937-3272
7
   Attorneys for Defendant
8  RLI INSURANCE COMPANY

9

              UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  CROWLEY MARITIME              )   Case No. CV 08-00830 SI
    CORPORATION,                  )
                                  )   NOTICE OF CHANGE OF LAW
14                                )   FIRM ADDRESS
           Plaintiff,             )
15                                )   Complaint Filed:  January 7, 2008
       vs.                        )   Judge:            Susan Illston
16                                )   Courtroom:        10, 19th Floor
    FEDERAL INSURANCE COMPANY;    )   Trial Date:       September 14, 2009
17  TWIN CITY FIRE INSURANCE      )
    COMPANY; RLI INSURANCE        )
    COMPANY; and DOES 1-20, inclusive, )
18                                )
           Defendants.            )
19                                )

20

21

22

23

24

25

26

27

28

1    Please take notice that counsel for defendant RLI Insurance Company has a new address.
2  Morison Ansa Holden Assuncao & Prough, LLP's new mailing address is 1550 Parkside Drive,
3  Third Floor, Walnut Creek, CA 94596-8068.

4  Dated:  June 6, 2008              MORISON ANSA HOLDEN ASSUNCAO
                                     & PROUGH, LLP
5

6                                    By:    /s/ Karen G. Levy

7                                    Attorneys for Defendant
                                     RLI INSURANCE COMPANY
8

9
   130057
10