```
 1  PHILIP L. PILLSBURY, JR. (SBN 72261)
    RICHARD D. SHIVELY (SBN 104895)
 2  PILLSBURY & LEVINSON, LLP
 3  The Transamerica Pyramid
    600 Montgomery Street, 31st Floor
 4  San Francisco, California 94111
    Telephone: (415) 433-8000
 5  Facsimile:  (415) 433-4816
 6  Email: ppillsbury@pillsburylevinson.com
           rshively@pillsburylevinson.com
 7
 8  DAVID B. GOODWIN (SBN 104469)
    DEEPA VARADARAJAN (SBN 250845)
 9  COVINGTON & BURLING LLP
    One Front Street, 35th Floor
10  San Francisco California 94111-5356
11  Telephone: (415) 591-7074
    Facsimile:  (415) 955-6574
12  Email:  DGoodwin@cov.com
13          DVaradarajan@cov.com

14  Attorneys for Plaintiff
15  CROWLEY MARITIME CORPORATION

16            UNITED STATES DISTRICT COURT
17    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
18
```

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>   Defendants. | Civil Case No.: CV-08-00830 SI<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Crowley Maritime Corporation hereby associates Covington & Burling LLP as its counsel of record along with Pillsbury & Levinson, LLP, and requests the Court and parties to add to the proof of service:

>DAVID B. GOODWIN (SBN 104469)
>DEEPA VARADARAJAN (SBN 250845)
>COVINGTON & BURLING LLP
>One Front Street, 35th Floor
>San Francisco California 94111-5356
>Telephone: (415) 591-7074
>Facsimile:   (415) 955-6574
>Email: DGoodwin@cov.com
>             DVaradarajan@cov.com

DATED: July 28, 2008                    PILLSBURY & LEVINSON, LLP

By: _____
RICHARD D. SHIVELY

---

-1-
NOTICE OF ASSOCIATION OF COUNSEL, Case No. CV-08-00830 SI