PHILIP L. PILLSBURY, JR. (SBN 72261)
RICHARD D. SHIVELY (SBN 104895)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       rshively@pillsburylevinson.com

DAVID B. GOODWIN (SBN 104469)
DEEPA VARADARAJAN (SBN 250845)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-7074
Facsimile: (415) 955-6574
Email: DGoodwin@cov.com
       DVaradarajan@cov.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>Defendants. | Civil Case No.: CV-08-00830 SI<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is One Front Street, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. On the date set forth below, I served the foregoing document(s) described as:

### NOTICE OF ASSOCIATION OF COUNSEL

on the following non-efilers(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>William Campbell Morison-Knox
>Morison-Knox Holden Melendez & Prough LLP
>500 Ygnacio Valley Road, Suite 450
>Walnut Creek, CA  94596

[X]  (**BY MAIL**) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]  (**FEDERAL**) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2008, at San Francisco, California.

/s/ Sara Gordon

-1-

PROOF OF SERVICE, Case No. CV-08-00830 SI