PHILIP L. PILLSBURY, JR. (SBN 72261)
RICHARD D. SHIVELY (SBN 104895)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
　　　　rshively@pillsburylevinson.com

DAVID B. GOODWIN (SBN 104469)
DEEPA VARADARAJAN (SBN 250845)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco California 94111-5356
Telephone: (415) 591-7074
Facsimile: (415) 955-6574
Email: DGoodwin@cov.com
　　　　DVaradarajan@cov.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil Case No.: CV-08-00830 SI<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a citizen of the United States. My business address is One Front Street, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. On the date set forth below, I served the foregoing document(s) described as:

**CROWLEY'S OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

**DECLARATION OF PHILIP L. PILLSBURY, JR. IN OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

**DECLARATION OF RICHARD D. SHIVELY IN OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

**DECLARATION OF JON E. ABRAMCZYK IN OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

**DECLARATION OF RICHARD VERNON SMITH IN OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

**DECLARATION OF STEVEN FICON IN OPPOSITION TO MOTION BY TWIN CITY AND FEDERAL TO DISQUALIFY CROWLEY'S COUNSEL OF RECORD**

on the following non-efilers(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William Campbell Morison-Knox
Morison-Knox Holden Melendez & Prough LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596

[X]   **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

-1-

PROOF OF SERVICE, Case No. CV-08-00830 SI

1   [X]    (**FEDERAL**) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2008, at San Francisco, California.

                                          /s/  Sara Gordon

-2-

PROOF OF SERVICE, Case No. CV-08-00830 SI