IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, RLI INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. C 08-00830 SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL** |

Defendants' motion to disqualify plaintiff's trial counsel is DENIED without prejudice to reconsideration following the Court's ruling on the parties' cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated: August 22, 2008

SUSAN ILLSTON
United States District Judge