WILLIAM C. MORISON (State Bar No. 99981)
William.Morison@morisonansa.com
MICHAEL D. PROUGH (State Bar No. 168741)
Michael.Prough@morisonansa.com
BRIAN E. SIMS (State Bar No. 127835)
Brian.Sims@morisonansa.com
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
RLI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. CV 08-00830 SI<br><br>NOTICE OF APPEARANCE<br><br>Complaint Filed:  January 7, 2008<br>Judge:             Susan Illston<br>Courtroom:         10, 19th Floor<br>Trial Date:        September 14, 2009 |

**PLEASE TAKE NOTICE** that Brian E. Sims hereby appears as counsel of record in the above-referenced matter for Defendant RLI Insurance Company.

All future pleadings and correspondence concerning the above-referenced Defendant should be forwarded to the undersigned at the address below or electronically at Brian.Sims@morisonansa.com.

/ / /

/ / /

/ / /

---

MORISON ANSA
HOLDEN ASSUNCAO
& PROUGH, LLP

Notice of Appearance

| | | |
|---|---|---|
| 1 | Dated: August 22, 2008 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Brian E. Sims |
| 5 | | Attorneys for Defendant RLI Insurance Company |

132407