UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-0830SI          Judge:   SUSAN ILLSTON

Title: CROWLEY MARITIME -v- FEDERAL INSURANCE

Attorneys: D. Goodwin, Varadarajan, R. Shively        Noriis,  M. Perlis, Johnson, Newmann

Deputy Clerk:  Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1) Defendant's Motion to Disqualify Trial Counsel - HELD
2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to _ for Further Case Management Conference
(joint statement due)

Case continued to

Case continued to for Pretrial Conference

Case continued to
ORDERED AFTER HEARING:
The Court will deny this motion without prejudice.