1  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   KEVIN A. NORRIS (State Bar No. 206022)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, California  94608
   Telephone:  (510) 740-1500
4  Facsimile:  (510) 740-1501
   E-Mail:        erudloff@rwblaw.com
5                      knorris@rwblaw.com

6  DAVID NEWMANN  (admitted *pro hac vice*)
   JOSEPH A. BAILEY III  (admitted *pro hac vice*)
7  **HOGAN & HARTSON LLP**
   555 Thirteenth Street NW
8  Washington DC 20004
   Telephone:    (202) 637-5600
9  Facsimile:     (202) 637-5910
   E-Mail:         dnewmann@hhlaw.com
10                      jabailey@hhlaw.com

11 Attorneys for Defendant
   FEDERAL INSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>                   Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>                   Defendants. | Case No.  CV 08 0830 SI<br><br>**NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Joseph A. Bailey, III, admitted *pro hac vice* of counsel for defendant Federal Insurance Company in the above entitled action, hereby removes himself from this matter, effective August 29, 2008. David Newmann, of the same law office Hogan & Hartson, L.L.P., remains of counsel as currently admitted to this action.

Dated:  August 29, 2008   **RUDLOFF WOOD & BARROWS LLP**

By:   */s./ Kevin A. Norris*
 G. Edward Rudloff, Jr.
 Kevin A. Norris

Of counsel:
David Newmann (admitted *pro hac vice*)
Joseph A. Bailey III (admitted *pro hac vice*)
HOGAN & HARTSON L.L.P.

Attorneys for Defendant FEDERAL INSURANCE COMPANY

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500