UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | No.  CV 08 0830 SI |
| Plaintiff, | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| FEDERAL INSURANCE COMPANY,; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive, | |
| Defendants. | |

Stephen A. Loney, Jr., an active member in good standing of the bar of the states of New York, New Jersey and Pennsylvania, whose business address and telephone number is Hogan & Hartson LLP; 1835 Market Street, 28th Floor, Philadelphia, PA  19103; (267) 675-4677; SALoney@hhlaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California *pro hac vice*, representing defendant Federal Insurance Company.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge

United States District Court
For the Northern District of California