# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>Defendants. | No. CV 08 0830 SI<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Jeremy Stein, an active member in good standing of the bars of New York and the District of Columbia, whose business address and telephone number is Hogan & Hartson LLP; 555 Thirteenth Street, NW, Washington, DC 20004; (202) 637-6155; JBStein@hhlaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California *pro hac vice*, representing defendant Federal Insurance Company.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge

1
ORDER GRANTING ATTORNEY ADMISSION *PRO HAC VICE*