| | |
|---|---|
| 1 | Philip L. Pillsbury, Jr. (SBN 72261) |
| 2 | Richard D. Shively (SBN 104895) |
|   | PILLSBURY & LEVINSON, LLP |
| 3 | The Transamerica Pyramid |
|   | 600 Montgomery Street, 31st Floor |
| 4 | San Francisco, CA 94111 |
| 5 | Telephone: (415) 433-8000 |
|   | Facsimile: (415) 433-4816 |
| 6 | Email: ppillsbury@pillsburylevinson.com |
| 7 | rshively@pillsburylevinson.com |

David B. Goodwin (SBN 104469)
Michael S. Greenberg (SBN 99727)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: (415) 591-7074
Facsimile: (415) 955-6574
Email: DGoodwin@cov.com
       MGreenberg@cov.com

Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | Civil Case No.: CV-08-00830 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR BRIEF EXTENSION OF TIME FOR FILING OPPOSITIONS AND REPLIES RE SUMMARY JUDGMENT MOTIONS** |
| v. | |
| FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and RLI INSURANCE COMPANY, | |
| Defendants. | **Action Filed: January 7, 2008**<br>**Trial Date: September 14, 2009** |

WHEREAS, Plaintiff Crowley Maritime Corporation and Defendants Federal Insurance Company, Twin City Fire Insurance Company, and RLI Insurance Company (collectively, the "Parties") filed their cross-motions for summary judgment on Friday, September 19, 2008;

WHEREAS, under the briefing schedule currently in effect, the oppositions to those motions are due Friday, October 10, 2008, and the replies are due Friday, October 24, 2008;

WHEREAS, the Jewish holiday of Yom Kippur begins on Wednesday, October 8 and continues through Thursday, October 9, and several counsel for the Parties will be observing Yom Kippur, and therefore counsel for Crowley has asked the parties to agree to alter the briefing schedule by a few days to accommodate their religious holiday;

ACCORDINGLY, the Parties stipulate that:

1. Subject to the Court's approval, the deadline for filing opposition briefs be moved to Tuesday, October 14, 2008, and the deadline for filing reply briefs be moved to Tuesday, October 28, 2008; and

2. The hearing date of November 14, 2008 remain the same.

DATED: October 2, 2008

PILLSBURY & LEVINSON, LLP
COVINGTON & BURLING LLP

/s/ Michael S. Greenberg
By: MICHAEL S. GREENBERG
Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

RUDLOFF WOOD & BARROWS LLP
HOGAN & HARTSON LLP

By: KEVIN A. NORRIS
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER FOR BRIEF
EXTENSION OF TIME FOR FILING OPPOSITIONS AND
REPLIES RE SUMMARY JUDGMENT MOTIONS
Civil Case No.: CV-08-00830 SI

1

WHEREAS, Plaintiff Crowley Maritime Corporation and Defendants Federal Insurance Company, Twin City Fire Insurance Company, and RLI Insurance Company (collectively, the "Parties") filed their cross-motions for summary judgment on Friday, September 19, 2008;

WHEREAS, under the briefing schedule currently in effect, the oppositions to those motions are due Friday, October 10, 2008, and the replies are due Friday, October 24, 2008;

WHEREAS, the Jewish holiday of Yom Kippur begins on Wednesday, October 8 and continues through Thursday, October 9, and several counsel for the Parties will be observing Yom Kippur, and therefore counsel for Crowley has asked the parties to agree to alter the briefing schedule by a few days to accommodate their religious holiday;

ACCORDINGLY, the Parties stipulate that:

1. Subject to the Court's approval, the deadline for filing opposition briefs be moved to Tuesday, October 14, 2008, and the deadline for filing reply briefs be moved to Tuesday, October 28, 2008; and

2. The hearing date of November 14, 2008 remain the same.

DATED: October 2, 2008

PILLSBURY & LEVINSON, LLP
COVINGTON & BURLING LLP

By: MICHAEL S. GREENBERG
Attorneys for Plaintiff
CROWLEY MARITIME CORPORATION

RUDLOFF WOOD & BARROWS LLP
HOGAN & HARTSON LLP

By: KEVIN A. NORRIS
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER FOR BRIEF EXTENSION OF TIME FOR FILING OPPOSITIONS AND REPLIES RE SUMMARY JUDGMENT MOTIONS
Civil Case No.: CV-08-00830 SI

1

```
                                    STROOCK & STROOCK & LAVAN
                                    LLP

                                    /s/ Rachael Shook
                                    G.O. 45.X.B authorization obtained
                                    By: RACHAEL SHOOK
                                        Attorneys for Defendant
                                        TWIN CITY FIRE INSURANCE
                                        COMPANY


                                    MORISON ANSA HOLDEN
                                    ASSUNCAO & PROUGH, LLP


                                    By: BRIAN E. SIMS
                                        Attorneys for Defendant
                                        RLI INSURANCE COMPANY
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          [signature]
                                Hon. Susan Illston

FEDERAL INSURANCE COMPANY

STROOCK & STROOCK & LAVAN LLP

By: RACHAEL SHOOK
Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

MORISON ANSA HOLDEN
ASSUNCAO & PROUGH, LLP

By: BRIAN E. SIMS
Attorneys for Defendant
RLI INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                          Hon. Susan Illston

STIPULATION AND [PROPOSED] ORDER FOR BRIEF
EXTENSION OF TIME FOR FILING OPPOSITIONS AND
REPLIES RE SUMMARY JUDGMENT MOTIONS
Civil Case No.: CV-08-00830 SI

2