1  STROOCK & STROOCK & LAVAN LLP
   MICHAEL F. PERLIS (State Bar No. 95992)
2  mperlis@stroock.com
   RICHARD R. JOHNSON (State Bar No. 198117)
3  rjohnson@stroock.com
4  RACHAEL SHOOK (State Bar No. 251628)
   rshook@stroock.com
5  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
6  Telephone: 310-556-5800
   Facsimile: 310-556-5959
7  lacalendar@stroock.com
8
   Attorneys for Defendant and Counterclaimant
9    TWIN CITY FIRE INSURANCE COMPANY

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

| CROWLEY MARITIME CORPORATION, | ) | **Case No. CV-08-00830 SI** |
|---|---|---|
| Plaintiff, | ) | [Hon. Susan Illston] |
| vs. | ) | **STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER** |
| FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) ) | Date:  November 14, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10<br><br>[Declaration of Rachael Shook filed concurrently herewith] |

STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER

(Case No. 08-0830 SI)

Pursuant to the Honorable Susan Illston's Standing Order, Civil L.R. 79-5, Civil L.R. 7-12, and the Stipulated Protective Order submitted by the parties and entered by the Court in this action on August 13, 2008 (the "Protective Order"), Plaintiff and Counterdefendant Crowley Maritime Corporation ("Crowley"), Defendant Federal Insurance Company, Defendant and Counterclaimant Twin City Fire Insurance Company, and Defendant RLI Insurance Company, (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties have stipulated to a Protective Order which provides that the Parties may designate certain materials "confidential." In discovery in the instant matter, Crowley produced documents so designated (the "Sealable Materials").

The Parties have submitted currently-pending cross Motions for Summary Judgment and may wish to use Sealable Materials in support of their respective Oppositions.

Each of the Parties will separately lodge the Sealable Materials that each intends to be filed under seal pursuant to the provisions of the Protective Order and the procedures set forth in Judge Illston's Standing Order.

This Stipulation, and the filing of documents under seal pursuant thereto, shall not constitute acknowledgement that the documents marked "confidential" or filed under seal are, in fact, properly designated confidential. The Parties reserve the right to contest, as provided in the attached Protective Order, the confidentiality of any documents marked "confidential."

/

/

/

/

/

- 1 -

STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER

(Case No. 08-0830 SI)

Respectfully submitted,

Dated: October 14, 2008

PILLSBURY & LEVINSON, LLP
COVINGTON & BURLING LLP

By: /s/ *Michael S. Greenberg*
   G.O. 45.X.B. authorization obtained
MICHAEL S. GREENBERG
Attorneys for Plaintiff and Counterdefendant
Crowley Maritime Corporation

Dated: October 14, 2008

RUDLOFF WOOD & BARROWS LLP
HOGAN & HARTSON LLP

By: /s/ *Kevin A. Norris*
   G.O. 45.X.B. authorization obtained
KEVIN A. NORRIS
Attorneys for Defendant Federal Insurance Company

Dated: October 14, 2008

STROOCK & STROOCK & LAVAN LLP

By: /s/ *Richard R. Johnson*
RICHARD R. JOHNSON
Attorneys for Defendant and Counterclaimaint Twin City Fire Insurance Company

Dated: October __, 2008

MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

By: _____
BRIAN E. SIMS
Attorneys for Defendant RLI Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston

- 2 -

STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER

(Case No. 08-0830 SI)

|  |  |
|---|---|
| Respectfully submitted, | |
| Dated: October  , 2008 | PILLSBURY & LEVINSON, LLP<br>COVINGTON & BURLING LLP<br><br>By:_____<br>MICHAEL S. GREENBERG<br>Attorneys for Plaintiff and Counterdefendant<br>Crowley Maritime Corporation |
| Dated: October  , 2008 | RUDLOFF WOOD & BARROWS LLP<br>HOGAN & HARTSON LLP<br><br>By:_____<br>KEVIN A. NORRIS<br>Attorneys for Defendant Federal Insurance Company |
| Dated: October _, 2008 | STROOCK & STROOCK & LAVAN LLP<br><br>By:_____<br>RICHARD R. JOHNSON<br>Attorneys for Defendant and Counterclaimaint Twin City Fire Insurance Company |
| Dated: October _/2008 | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP<br><br>By: /s/ Brian E. Sims<br>BRIAN E. SIMS<br>Attorneys for Defendant RLI Insurance Company |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                              Hon. Susan Illston

STIPULATION TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER
— Case No. 08-0830 SI

LA 51090424v1
10/10/08 01:30PM

[Left margin: STROOCK & STROOCK & LAVAN LLP / 2029 Century Park East / Los Angeles, California 90067-3086]

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086. On October 14, 2008, I served the foregoing document(s) described as: **STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**See Service List Attached**

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelopes, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

☒ **(VIA E-MAIL)** By causing document(s) be delivered via electronic email to the office of the addressee(s) at the email address(es) provided to the court..

I declare that I am employed in the office of member of the bar of this court under whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 14, 2008 at Los Angeles, California.

| Dino Shorté | /s/ Dino Shorté |
|---|---|
| [Type or Print Name] | [Signature] |

[PROPOSED] ORDER GRANTING TWIN CITY AND RLI'S MOTION TO STRIKE EVIDENCE SUBMITTED WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Case No. 08-00830-SI)

# SERVICE LIST

**Counsel for Plaintiff Crowley Maritime Corp.**

David B. Goodwin, Esq.
Deepa Varadarajan, Esq.
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA  94111-5356

**Counsel for Co-defendant Federal Insurance Co.**

G. Edward Rudloff, Jr., Esq.
Kevin A. Norris, Esq.
Rudloff Wood & Barrows LLP
Watergate Office Towers
2000 Powell Street, Suite 900
Emeryville, CA  94608

**Counsel for Co-defendant RLI Insurance Co.**

William Campbell Morison-Knox, Esq.
Michael D. Prough, Esq.
Brian E. Sims, Esq.
Morison Ansa Holden Assuncao & Prough, LLP
1550 Parkside Dr., Third Floor
Walnut Creek, California 94596-8068

**Counsel for Crowley:**

Philip L. Pillsbury, Jr.
Richard D. Shively, Esq.
Eric K. Larson, Esq.
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery Street,
31st FloorSan Francisco, CA  94111

**Counsel for Federal:**

David Newmann, Esq.
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004

Stephen Loney, ATTORNEY AT LAW
HOGAN & HARTSON LLP
1835 Market Street, 28th Floor
Philadelphia, PA 19103

STIPULATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO JUDGE ILLSTON'S STANDING ORDER, CIVIL L.R. 79-5, CIVIL L.R. 7-12, AND THE PARTIES' STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER

(Case No. 08-0830 SI)