WILLIAM C. MORISON (State Bar No. 99981)
William.Morison@morisonansa.com
MICHAEL D. PROUGH (State Bar No. 168741)
Michael.Prough@morisonansa.com
BRIAN E. SIMS (State Bar No. 127835)
Brian.Sims@morisonansa.com
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV 08-00830 SI<br><br>PROPOSED ORDER ON RLI'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENT |

After considering the moving papers and based on the representation that the motion is unopposed and on all other matters presented to the Court, the Court finds good cause for granting the administrative relief requested by Defendant RLI Insurance Company.

The Clerk is directed to remove the Declaration of Brian E. Sims, Docket No. 126, and its accompanying exhibits from the Court's electronic record and to delete any and all copies.

IT IS SO ORDERED.

Dated: _____    _____
                                                               Hon. Susan Illston
                                                             Judge of the District Court

MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

Proposed Order On RLI Unopp. Motion to Remove Incorr. Filed Doc.
Case No. CV 08-00830 SI