| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | MICHAEL F. PERLIS (State Bar No. 95992)<br>mperlis@stroock.com |
| 3 | RICHARD R. JOHNSON (State Bar No. 198117)<br>rjohnson@stroock.com |
| 4 | RACHAEL SHOOK (State Bar No. 251628)<br>rshook@stroock.com |
| 5 | 2029 Century Park East, Suite 1800 |
| 6 | Los Angeles, California 90067-3086<br>Telephone: 310-556-5800 |
| 7 | Facsimile: 310-556-5959<br>lacalendar@stroock.com |

Attorneys for Defendant and Counterclaimant
  TWIN CITY FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEDERAL INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>  Defendants. | **Case No. CV-08-00830 SI**<br><br>[Hon. Susan Illston]<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**(CIVIL L.R. 6-1(b), 6-2, 7-12, 16-2(e))**<br><br>Date: November 14, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br><br>[Declaration of Richard R. Johnson filed concurrently herewith] |

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER –
Case No. 08-0830 SI

LA 51090357v1
10/24/08 10:57AM
LA 51095941v1
10/27/08 10:42AM

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiff Crowley Maritime Corporation ("Crowley") and Defendants Federal Insurance Company ("Federal"), Twin City Fire Insurance Company ("Twin City"), and RLI Insurance Company ("RLI"), (collectively, the "Parties") hereby offer this Stipulation to Vacate the Case Management Conference in this action, supported by the concurrently-filed Declaration of Richard R. Johnson ("Johnson Decl.") and [Proposed] Order.

A Case Management Conference is currently scheduled for November 7, 2008, at 2:30 p.m.. In light of the Parties' four pending motions for summary judgment, which are scheduled to be heard on November 14, 2008 at 9:00 a.m., all Parties agree that, due to the significance of those motions to the case, the current CMC should be vacated. Thus, for purposes of judicial economy and for the convenience of the Court and the Parties, the Parties respectfully request that this Court enter an Order vacating the November 7, 2008 Case Management Conference pending this Court's ruling on the pending summary judgment motions.

Respectfully submitted,

Dated: October 27, 2008

PILLSBURY & LEVINSON, LLP
COVINGTON & BURLING LLP

By: */s/ Michael S. Greenberg*
G.O. 45.X.B. authorization obtained
    MICHAEL S. GREENBERG
    Attorney for Plaintiff
    Crowley Maritime Corporation

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

| | | |
|---|---|---|
| Dated: October 27, 2008 | | RUDLOFF WOOD & BARROWS LLP<br>HOGAN & HARTSON LLP |
| | | By: */s/ Stephen A. Loney*<br>G.O. 45.X.B. authorization obtained<br>　　STEPHEN A. LONEY<br>　　Attorneys for Defendant Federal Insurance Company |
| Dated: October 27, 2008 | | STROOCK & STROOCK & LAVAN LLP |
| | | By: */s/ Richard R. Johnson*<br>　　RICHARD R. JOHNSON<br>　　Attorneys for Defendant Twin City Fire Insurance Company |
| Dated: October 27, 2008 | | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
| The case management conference has been continued to 12/12/08 @ 2:30 p.m. | | By: */s/ Brian E. Sims*<br>G.O. 45.X.B. authorization obtained<br>　　BRIAN E. SIMS<br>　　Attorneys for Defendant RLI Insurance Company |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Susan Illston

---

2
STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; DECL. OF RICHARD R. JOHNSON IN SUPPORT; [PROPOSED] ORDER – Case No. 08-0830 SI

LA 51095941v1
10/27/08 10:42AM

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On October 27, 2008, I served the foregoing document(s) described as: **STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

William Campbell Morison-Knox, Esq.
Morison Ansa Holden Assuncao & Prough, LLP
1550 Parkside Dr., Third Floor
Walnut Creek, California 94596-8068

**(X)** **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelopes, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

**( )** **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

**( )** **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of member of the bar of this court under whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 27, 2008 at Los Angeles, California.

| Linda R. Bedre | /s/ Linda R. Bedre |
|---|---|
| [Type or Print Name] | [Signature] |

LA 51089600v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086