IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | No. C 08-00830 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERAL INSURANCE COMPANY, *et al.*, | |
| Defendants. / | |

Defendants' motions for summary judgment are granted and plaintiff's motion for summary judgment is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 1, 2008

SUSAN ILLSTON
United States District Judge